IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:18-cr-00009 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| LAUREN ASHLEY CROWDER | ) | United States District Judge |

## MEMORANDUM OPINION AND ORDER

On September 1, 2020, defendant Lauren Ashely Crowder, proceeding *pro se*, filed a motion for compassionate release pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A)(i). (Dkt. No. 113.)  In accordance with local Standing Order 2019-1, the court appointed the Federal Public Defender (FPD) to represent Crowder.  (Dkt. Nos. 114.)  On September 11, 2020, the FPD filed a response asking the court to dismiss Crowder's motion for compassionate release as moot.  (Dkt. No. 118.)  The FPD explained that they "consulted with Ms. Crowder and learned that her request for early release was granted by the Bureau of Prisons, and she is scheduled for release to home confinement on October 8, 2020."  (*Id.* at 1.)

Given Crowder's release to home confinement, her motion for compassionate release is DISMISSED as moot.  The clerk is directed to provide a copy of this order to the defendant, all counsel of record, and the United States Probation Office.

Entered: December 7, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

1